## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SHAWNA HOUCHINS, Individually and As Next Friend of JUDAH HOUCHINS,<br><br>Plaintiffs,<br><br>v.<br><br>HAROLD J. HENNING, M.D.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)   Case No. **2:04-cv-02542-KHV-DJW**<br>)<br>)<br>)<br>)<br>) |

### **JOURNAL ENTRY OF DISMISSAL WITHOUT PREJUDICE**

NOW ON this 8th day of September, 2005, the above-entitled matter comes on before the Court by agreement of the parties for the dismissal of this action, without prejudice.

The plaintiffs appear by and through their counsel Don R. Elliott, Jr., of ODOM & ELLIOTT, PA and Paul H. Hulsey of HULSEY LITIGATION GROUP, LLC. The defendant appears by and through his counsel Thomas L. Theis of FOULSTON SIEFKIN LLP. There are no other appearances.

WHEREUPON, the Court is advised that the parties are in agreement that this matter should be dismissed, without prejudice, with each party to bear their own costs.

IT IS THEREFORE by the Court considered ordered adjudged and decreed that within pending matter be in and same as hereby dismissed, without prejudice. Cost, if any, are assessed to the party incurring them.

                                                s/ Kathryn H. Vratil
                                                Kathryn H. Vratil,
                                                U.S. DISTRICT JUDGE

Approved by:


/s Thomas L. Theis
Thomas L. Theis #9094
Kyle J. Steadman #17205
FOULSTON SIEFKIN LLP
555 S. Kansas Avenue, Suite 101
Topeka, Kansas  66603-3423
Phone: (785) 233-3600
Fax: (785) 233-1610
*Attorneys for Defendant Harold J. Henning, M.D.*



/s Don R. Elliott, Jr.
Don R. Elliott, Jr.
Alan L. Lane
ODOM & ELLIOTT
1 East Mountain Street
P.O. Drawer 1868
Fayetteville, AR  72702-1868
478-441-7575        fax: 479-442-9008



/s Paul H. Hulsey
Paul H. Hulsey
HULSEY LITIGATION GROUP, LLC
Charleston Harbar
2 Wharfside 3
Charleston, SC  29401
Phone 843-723-5303  fax 843-723-5307
*Attorneys for Plaintiffs*